UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FORMER TWITTER WASHINGTON EMPLOYEES PETITIONERS-APPELLEES,<br><br>Petitioner - Appellee,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Respondents - Appellants. | No. 25-5014<br><br>D.C. No. 2:25-cv-00659-TSZ<br>Western District of Washington, Seattle<br><br>ORDER |

For court efficiency and administration, the court has decided to process this case as a Large Party Case.

Instead of listing each individual petitioner-appellee on the docket, appellees will proceed under the grouping name of: Former Twitter Washington Employees Petitioners-Appellees. A list of all appellees, as referenced in the April 11, 2025 petition to compel arbitration (district court docket entry no. 1), is attached as Exhibit A to this order.

Moving forward, the phrase "Former Twitter Washington Employees Petitioners-Appellees" in any court notice, order, or opinion will refer to all appellees listed in Exhibit A. The case will proceed under the name: *Former Twitter Washington Employees Petitioners-Appellees v. Twitter, Inc., et al.*

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT