**Former Twitter Washington Employees Petitioners-Appellees No. 25-5014, Exhibit A**

| First Name | Middle Name | Last Name | Generation |
|---|---|---|---|
| Nimit | | Acharya | |
| Jonathan | | Rojas | |
| Alexandra | | Aguirre | |
| Hakan | | Akkan | |
| Maxwell | | Amsterdam | |
| Ahmet | | Balkan | |
| Kathryn | | Balleh | |
| Naman | | Bansal | |
| Sindhu | | Barathan | |
| Jennafer | | Barham | |
| Tuba | Bayik | Sirtkaya | |
| Morgan | Mitchell | Bell | |
| Donte | | Bell | |
| Kamara | | Benjamin | |
| Ryan | | Berry | |
| Sonali | | Bhagwat | |
| Thomas | | Bingman | |
| Vitaliy | | Bondarenko | |
| Michal | | Bryc | |
| Christopher | | Buresch | |
| Wellington | Seixas | Castello | |
| Chantree | | Chandrapunth | |
| Dharini | | Chandrasekaran | |
| Iris | Yui | Chang | |
| Leon | | Cheng | |
| Pongsathorn | | Cherngchaosil | |
| Siyang | | Dai | |

| | | |
|---|---|---|
| Arthur | De | Araujo |
| Valerie | | Dipietro |
| Nicholas | | Dobos |
| Sudha | | Elavarti |
| Sedar | | Gokbulut |
| Vernalea | | Goodloe |
| Christopher | | Gordon |
| Shachaf | | Gortler |
| Irina | | Gracheva |
| Pankaj | | Gupta |
| Heaven | | Hamilton |
| Justin | | Hendryx |
| David | | Hernandez |
| Jennifer | | Hitchcock |
| Erik | | Hollembeak |
| Herbert | | Holmes |
| Wei | | Huang |
| Travis | | Hunter-Lull |
| Fayadhoi | | Ibrahima |
| Sannidhi | Santosh | Jalukar |
| Chelsea | Chaewon | Jang |
| Prasun | Kumar | Jha |
| Siyu | | Jiang |
| Yang | | Jiang |
| Rong | | Jin |
| Jegosh | | John |
| Ismet | | Kahraman |
| Swayambhuba | | Kar |
| Lakshmi | R | Katari |
| Lea | | Kelly |

| | | |
|---|---|---|
| Brendan | | Kennedy |
| Monica | | Kim |
| Levi | | Kipke |
| Ting-Yu | | Ko |
| Rebecca | | Kovalik |
| Erin | | Kwon |
| David | | Leatham |
| Amy | Yehyun | Lee |
| Jong | Chuan | Lee |
| London | | Lee |
| Brett | | Lewis |
| Hao | | Li |
| Jiahui | | Li |
| Jianglong | | Li |
| Jinhee | | Lim |
| Bo | | Liu |
| Madeline | | Lord |
| Brian | | Martin |
| Yiyue | | Mckee |
| Kane | | Merill |
| Bradford | | Moore |
| Elias | Hailu | Muche |
| Andrii | | Nikitiuk |
| Christopher | | Nolan |
| Tatiana | | Ocampo |
| Marc | | Olander |
| Safa | | Oz |
| Raveeshu | | Pahuja |
| Apurva | | Patkeshwar |
| Rebecca | | Pattee |

| | | |
|---|---|---|
| Tony | | Pham |
| Arnaud | | Pilpre |
| Kate | | Power |
| Sucharitha | | Prabhakar |
| Emily | | Price |
| Cynthia | | Qian |
| Derek | | Riffe |
| Nicholas | Scott | Roberts |
| Carl | | Rosevear |
| Aman | | Saini |
| Juan | | Soto |
| Thomas | | Sanders |
| Samin | | Sepasi |
| Mansour | Shafaei | Moghaddam |
| Ela | | Shahar |
| Dan | | Shen |
| Elisa | | Sheng |
| Rostam | | Shirani |
| Eric | | Smyth |
| Erin | | Song |
| Muhammed | Serdar | Soran |
| Sreehari | | Sreejith |
| Shashank | | Srinivas |
| Aviral | | Srivastava |
| Elizabeth | Claire | Stirling |
| Botong | | Sui |
| Weising | | Ta |
| Lixuan | | Tang |
| Andrew | | Tapay |
| Natasha | Uma | Thakur |

| | | |
|---|---|---|
| Rebecca | | Thein |
| Marci | | Tonnemacher |
| Fangwen | | Tseng |
| Seda | Unal | Calargun |
| Misbah | | Uraizee |
| Harshita | | Vemula |
| Jerome | Fuerte | Villegas |
| Srikanth | | Viswanathan |
| Haohao | | Wang |
| Jacob | | Ward |
| Shichao | | Wu |
| Ximeng | | Wu |
| Xiaoying | | Xie |
| Shaohua | | Yang |
| Jieyu | | Yao |
| Apoorva | | Yarlagadda |
| Weiwei | | Ying |
| Chengjue | | Yuan |
| Lulin | | Zhang |
| Hangqi | | Zhao |
| Qing | | Zhao |
| Tiejia | | Zhao |
| Li | | Zhou |
| Pengji | | Zhou |
| Siyao | | Zhu |
| Yijie | | Zhuang |